(August 9, 2005)

■ AMERICAN SPRAY-ON CORP., Respondent, v AUSTIN HELLE COMPANY, INC., Appellant. [799 NYS2d 737]—The decision and order of this Court entered herein on June 30, 2005 (19 AD3d 326 [2005]) recalled and vacated, and the appeal deemed withdrawn. (*See* Motion No. 3259.) No opinion. Concur—Saxe, J.P., Ellerin, Sweeny and Catterson, JJ.